# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**YVONNE REILLY**

     vs.                                   **CASE NUMBER: 6:09-CV-43 (GTS/DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that by consent of the parties the final decision of the Commissioner is REVERSED. This matter is REMANDED to the Defendant for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g). This action is hereby DISMISSED.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 30th day of September, 2009.

DATED: September 30, 2009

*Lawrence K. Baerman*
Clerk of Court

                                                 s/ Melissa Ennis
                                                 Melissa Ennis
                                                 Deputy Clerk