# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR ATTORNEY FEES

**Yvonne M. Reilly,**

       **Plaintiff**

vs.                                           **CASE NUMBER: 6:09cv43 DEP**

**Michael J. Astrue, Commissioner of Social Security**,

       **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of four thousand, four hundred and seventy-three dollars and seventy-two cents ($4,473.72), plus forty-seven ($47.00) for expenses.

    All of the above pursuant to the order of the Honorable Judge Peebles, dated the 23rd day of November, 2009.

DATED: November 23, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Marie N. Marra,  Deputy Clerk